UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CAROLYN DOUGLAS,

     Plaintiff,

  v.                            CIV NO. S-05-969 WBS GGH

MICHAEL KNOWLES, et al.,

     Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 15, 2005, and makes the following findings and orders without needing to consult with the parties any further:

     I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

     II.  JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to

1  pleadings is permitted except with leave of court, good cause
2  having been shown under Fed. R. Civ. P. 16(b).  See <u>Johnson v.</u>
3  <u>Mammoth Recreations, Inc.</u>, 975 F.2d 604 (9th Cir. 1992).
4          III.   <u>JURISDICTION/VENUE</u>
5          Jurisdiction is predicated upon 28 U.S.C. §§ 1331
6  (diversity), 1332(a)(1) (federal question), and 1343(a)(3)(civil
7  rights and elective franchise). Venue is undisputed and is
8  hereby found to be proper.
9          IV.  <u>DISCOVERY</u>
10         The parties have stipulated that each party will serve
11 initial disclosures required by Fed. R. Civ. P. 26 (a)(1) by no
12 later than August 29, 2005.
13         The parties shall disclose expert witnesses no later
14 than March 15, 2006.
15         Plaintiff shall produce reports and expert information
16 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
17 April 13, 2006
18         Defendant shall produce reports and expert information
19 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than May
20 15, 2006.
21         Expert discovery will be closed as of September 1,
22 2006.
23         All discovery, including depositions for preservation
24 of testimony, is left open, save and except that it shall be so
25 conducted as to be <u>completed</u> by February 15, 2006.  The word
26 "completed" means that all discovery shall have been conducted
27 so that all depositions have been taken and any disputes
28 relevant to discovery shall have been resolved by appropriate

1  order if necessary and, where discovery has been ordered, the
2  order has been obeyed.  All motions to compel discovery must be
3  noticed on the magistrate judge's calendar in accordance with
4  the local rules of this court and so that such motions may be
5  heard (and any resulting orders obeyed) not later than February
6  15, 2006.

        V.   <u>MOTION HEARING SCHEDULE</u>

            All motions, except motions for continuances,
temporary restraining orders or other emergency applications,
shall be filed on or before October 3, 2006.  All motions shall
be noticed for the next available hearing date.  Counsel are
cautioned to refer to the local rules regarding the requirements
for noticing and opposing such motions on the court's regularly
scheduled law and motion calendar.

        VI.  <u>FINAL PRETRIAL CONFERENCE</u>

            The Final Pretrial Conference is set for December 4,
2006, at 10:00 a.m.  The conference shall be attended by at
least one of the attorneys who will conduct the trial for each
of the parties and by any unrepresented parties.

            Counsel for all parties are to be fully prepared for
trial at the time of the Pretrial Conference, with no matters
remaining to be accomplished except production of witnesses for
oral testimony.  Counsel shall file separate pretrial
statements, and are referred to Local Rules 16-281 and 16-282
relating to the contents of and time for filing those
statements.  In addition to those subjects listed in Local Rule
16-281(b), the parties are to provide the court with: (1) a
plain, concise statement which identifies every non-discovery

3

1  motion which has been made to the court, and its resolution; (2)
2  a list of the remaining claims as against each defendant; and
3  (3) the estimated number of trial days.
4         In providing the plain, concise statements of
5  undisputed facts and disputed factual issues contemplated by
6  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
7  claims that remain at issue, and any remaining affirmatively
8  pled defenses thereto.  If the case is to be tried to a jury,
9  the parties shall also prepare a succinct statement of the case,
10 which is appropriate for the court to read to the jury.
11         VII.  <u>TRIAL SETTING</u>
12         The trial is set for January 30, 2007, at 9:00 a.m. in
13 Courtroom No. 5.
14         VIII.  <u>SETTLEMENT CONFERENCE</u>
15         A Settlement Conference will be set at the time of the
16 Pretrial Conference.
17         Counsel are instructed to have a principal with full
18 settlement authority present at the Settlement Conference or to
19 be fully authorized to settle the matter on any terms.  At least
20 seven calendar days before the Settlement Conference counsel for
21 each party shall submit a confidential Settlement Conference
22 Statement for review by the settlement judge.  If the settlement
23 judge is not the trial judge, the Settlement Conference
24 Statements shall not be filed and will not otherwise be
25 disclosed to the trial judge.
26         IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>
27         Any requests to modify the dates or terms of this
28 Scheduling Order, except requests to change the dates of the

1  Final Pretrial Conference or trial, may be heard and decided by
2  the assigned Magistrate Judge.  All requests to change the dates
3  of the Pretrial Conference and/or trial shall be heard and
4  decided only by the undersigned judge.
5  DATED: August 5, 2005.

  *[signature: William B. Shubb]*
  WILLIAM B. SHUBB
  UNITED STATES DISTRICT JUDGE