YASHA RAHIMZADEH, ESQ. (SB #230487)
LAW OFFICES OF YASHA RAHIMZADEH
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 337-8066
Facsimile: (916) 393-1552

Attorney for Plaintiff
CAROLYN DOUGLAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROLYN DOUGLAS, | No.:   2:05-CV-00969-WBS-GGH |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |
| v. | |
| MICHAEL KNOWLES, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED that the above-entitled action shall be dismissed with prejudice, pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, as to Defendant MICHAEL KNOWLES.

LAW OFFICES OF YASHA RAHIMZADEH

Dated: March 10, 2006       By: */s/ Yasha Rahimzadeh*
                                YASHA RAHIMZADEH
                                Attorney for Plaintiff, CAROLYN DOUGLAS

Dated: March 10, 2006       OFFICE OF THE ATTORNEY GENERAL

                            By: */s/ Jodie A. Schwab*
                                JODIE A. SCHWAB, Deputy Attorney General
                                Attorneys for Defendant, MICHAEL KNOWLES

**STIPULATION OF VOLUNTARY DISMISSAL; ORDER**

1  **IT IS SO ORDERED.**

2  Dated: March 14, 2006

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE